IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DERRICK DEWAYNE PARKER,  )<br>                                                             )<br>                    Petitioner,  )<br>                                                             )<br>vs.                                                      )<br>                                                             )<br>OKLAHOMA DEPARTMENT OF  )<br>CORRECTIONS,                            )<br>                                                             )<br>                    Respondent.  ) | No. CIV-13-866-C |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on August 22, 2013. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 6) of the Magistrate Judge is adopted and the Petition for Writ of Habeas Corpus dismissed.

IT IS SO ORDERED this 25th day of September, 2013.

ROBIN J. CAUTHRON
United States District Judge